# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| | ) | |
| Plaintiff, | ) | 3:18-CR-00356-S-1 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS D. SELGAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendant, Thomas D. Selgas, hereby moves this court to substitute counsel in the above-entitled case and, support of this motion, sets forth the following facts and argument:

1. Michael P. Gibson is currently listed as the attorney of record for Mr. Selgas

2. Mr. Selgas has retained Franklyn Mickelsen and F. Clinton Broden of the law firm of Broden & Mickelsen.

3. Attorney Franklyn Mickelsen will be lead counsel in this case.

4. Mr. Gibson has been informed of Mr. Selgas' decision to substitute counsel.

5. The motion is unopposed.

WHEREFORE, Thomas D. Selgas, respectfully requests this court to substitute Franklyn Mickelsen as lead counsel and F. Clinton Broden as co-counsel in place of Michael P. Gibson.

Respectfully submitted,

/s/ Franklyn Mickelsen
Franklyn Mickelsen
Tx. Bar No. 14011020
Broden & Mickelsen
2600 State Street
Dallas, TX 75204
(214) 720-9552
(214) 720-9594 (facsimile)
mick@texascrimlaw.com

/s/ F. Clinton Broden
F. Clinton Broden
Tx. Bar No. 24001495
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
(214) 720-9552
(214) 720-9594 (facsimile)
clint@texascrimlaw.com

Attorneys for Defendant
Thomas D. Selgas

## **CERTIFICATE OF CONFERENCE**

  I, Franklyn Mickelsen, hereby certify that I conferenced with AUSA Robert Kemins and with Michael P. Gibson on August 9, 2018, and they are both UNOPPOSED.

                 /s/ Franklyn Mickelsen
                 Franklyn Mickelsen

## **CERTIFICATE OF SERVICE**

I, Franklyn Mickelsen, do hereby certify that, on this 9th day of August, 2018 I caused the foregoing document to be served via electronic filing on all counsel of record.

/s/ Franklyn Mickelsen
Franklyn Mickelsen