# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIM. ACTION NO. 3:18-CR-0356-S |
| § | |
| THOMAS SELGAS (01) § | |
| MICHELLE SELGAS (02) § | |
| JOHN GREEN (03) § | |

## ORDER

This Order addresses Defendant John Green Motion *in Limine* [ECF No. 113]. For the reasons stated at the December 19, 2019 Pretrial Conference, the Court denies the Motion as to the request for a severance, but grants the Motion as to: (1) the mention of or reference to Green's political record, his political views or party, or his position in politics: (2) the mention of the United States Constitution or constitutional beliefs as they relate directly to this case on the issue of taxation; and (3) the information regarding firearms or Second Amendment. *See* ECF No. 113 at 1-3. If the Government decides to introduce evidence on any of these topics, the Government is instructed to first approach the bench, with appropriate briefing prepared, and ask for a ruling on the admissibility of such matters.

**SO ORDERED.**

SIGNED December 27, 2019.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE