# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL ACTION NO. 3:18-CR-0356-S |
| | § § | |
| THOMAS D SELGAS (1) | § | |

## ORDER

This Court, having considered the Expedited Motion for Permission to Travel [ECF No. 370] ("Motion") of Defendant Thomas D. Selgas, is of the opinion that the Motion should be GRANTED. It is accordingly ORDERED that the Defendant may travel to the Northern District of Texas as set forth in the Motion and in accordance with all other conditions of his supervised release.

**SO ORDERED.**

SIGNED August 4, 2022.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**